# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KEVIN JOHNSON,                                : No. 127 MM 2014
:
Petitioner                     :
:
:
:
v.                             :
:
:
:
COMMONWEALTH OF PENNSYLVANIA, :
DEPARTMENT OF TRANSPORTATION, :
BUREAU OF DRIVER LICENSING,      :
:
Respondent                     :

## ORDER

**PER CURIAM**

   **AND NOW**, this 19th day of September, 2014, the Motion for Stay of License Suspension and the Application for Leave to Amend Petition to Stay and Response to Respondent's Answer are **DENIED**.